

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00172-CR

Christopher **DIMAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0037B
Honorable Jefferson Moore, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  October 3, 2018

DISMISSED

Appellant has filed a motion to dismiss this appeal and immediately issue the mandate. The motion is signed by both Appellant and his attorney. *See* TEX. R. APP. P. 18.1(c), 42.2(a). We, therefore, grant the motion, dismiss this appeal, and direct the Clerk of this Court to issue the mandate as soon as possible. *See* TEX. R. APP. P. 18.1(c), 42.2(a).

PER CURIAM

Do not publish